# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Operating Engineers Local #49 Health and, Welfare Fund, et al.,

Civil No. 10-4273 (RHK/LIB)

Plaintiffs,

**ORDER**

vs.

Polyphase Electric Company, Frances Harkonen, individuall,

Defendants.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 21, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge